IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ORECK CORPORATION; ORECK DIRECT, LLC; ORECK HOMECARE, LLC; ORECK HOLDINGS, LLC; ASP ORECK, INC.; AND ORECK HOLDCO 1, INC.; | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:12-cv-00083 |
| v. | ) ) | JURY DEMAND |
| HCC GLOBAL FINANCIAL PRODUCTS, LLC; U.S. SPECIALTY INSURANCE COMPANY; HCC INSURANCE HOLDINGS, INC.; HOUSTON CASUALTY COMPANY; AND ILLIUM, INC.; | ) ) ) ) ) ) ) | Judge Sharp |
| Defendants. | ) | |

**ORDER**

It appearing to the Court that the defendants have consented (Docket No. 43), to the remand of this action to the court from which it was removed on August 13, 2012 (Docket No. 1), it is hereby ordered that this action is remanded, pursuant to 28 U.S.C. 1447(c), to the Chancery Court for the State of Tennessee, Thirteenth Judicial District, Putnam County, Cookeville, Case No. 2012-148. There shall be no award of costs and expenses incurred as a result of the removal of this action. Pursuant to 28 U.S.C. 1447(c), a certified copy of this order shall be mailed by the Clerk to the Clerk and Master for Putnam County, Tennessee.

It is so ORDERED.

_Kevin H. Sharp_
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1

APPROVED FOR ENTRY:

s/ Thor Y. Urness
_____
Thor Y. Urness (No. 013641)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
(615) 252-2384
turness@babc.com

Katherine J. Henry (admitted pro hac vice)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Washington, DC 20036
(202) 719-8244
khenry@babc.com

Kate Margolis (admitted pro hac vice)
BRADLEY ARANT BOULT CUMMINGS LLP
P.O. Box 1789
Jackson, MS 39215-1789
(601) 948-8000
kmargolis@babc.com

Jeffrey G. Jones (No. 012680)
Wimberly Lawson Wright Daves & Jones, PLLC
1420 Neal Street, Suite 201
Cookeville, TN 38501
(931) 372-9123
jjones@wimberlylawson.com

*Attorneys for Plaintiffs*


s/Junaid A. Odubeko
_____
Junaid A. Odubeko (No. 023809)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1200 One Nashville Place
150 Avenue North
Nashville, TN 37219-2433
(615) 503-9132
junaid.odubeko@butlersnow.com

David F. Abernethy (admitted pro hac vice)
Drinker, Biddle & Reath, LLP

One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
(215) 988-2503
David.Abernethy@dbr.com

Alexander R. Karam (admitted pro hac vice)
Drinker, Biddle & Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5432
Alexander.Karam@dbr.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been forwarded via the ECF system to the following on this the 14th day of December, 2012: Junaid A. Odubeko, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, 1200 One Nashville Place, 150 Avenue North, Nashville, TN 37219-2433; David F. Abernethy, Drinker, Biddle & Reath, LLP, One Logan Square, Suite 2000, Philadelphia, PA 19103-6996; Alexander R. Karam, Drinker, Biddle & Reath, LLP, 1500 K Street, NW, Suite 1100, Washington, DC 20005.

/s/ Thor Y. Urness
Thor Y. Urness